NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ABENS MAURICE,<br><br>A Fugitive from the Government of Ireland. | No. 19 MJO4422<br><br>COMPLAINT<br><br>FOR ARREST WARRANT AND EXTRADITION; ORDER THEREON<br><br>**(UNDER SEAL)** |

TO:   Honorable Jacqueline Chooljian
      United States Magistrate Judge
      Central District of California

   I, JOHN J. LULEJIAN, being duly sworn, depose and state that I am an Assistant United States Attorney for the Central District of California and act for the United States in fulfilling its obligations to the Government of the Ireland pursuant to the Treaty on Extradition Between the United States of America and Ireland, U.S.-Ir., July 13, 1983, T.I.A.S. No. 10813, and the Instrument as contemplated by Article 3(2) of the Agreement on Extradition between the United States of America and the European Union signed 25 June 2003, as to the application of the Treaty on Extradition between the

United States of America and Ireland, U.S.-Ir., July 14, 2005, S. Treaty Doc. No. 109-14 (2006) (collectively, the "Extradition Treaty"), with respect to fugitive, ABENS MAURICE ("MAURICE").

In accordance with Title 18, United States Code, Section 3184, I charge on information and belief as follows:

1. That pursuant to the Extradition Treaty which is in force between the United States and Ireland, the Government of Ireland has submitted a formal request through diplomatic channels for the extradition of MAURICE, a Haitian national.[1]

2. That according to information the Government of Ireland has provided, on April 11, 2017, the Director of Public Prosecutions charged MAURICE by way of two criminal informations of one count of rape in violation of Section 48 Offences Against the Person Act, 1861 and Section 2 of the Criminal Law (Rape) Act, 1981 as amended by Section 21 of the Criminal Law (Rape) (Amendment) Act, 1990; and one count of rape in violation of Section 4 of the Criminal Law (Rape) (Amendment) Act, 1990. On April 11, 2017, the District Court for District No. 17 in Killarney, Ireland issued two warrants for the arrest of MAURICE.

3. That the offenses for which MAURICE's extradition is sought are covered by Article II of the Extradition Treaty.

4. That I am informed and believe that the District Court issued the warrants on the basis of the following facts:

---

[1] The government will attach the materials from the United States Department of State, which contain Ireland's extradition request, when it files its Request for Extradition. The government, however, will provide copies of these documents to the counsel for MAURICE at the initial appearance.

      a.    In or about November 2013, E.M. met a woman through an online dating service, and later visited her at the Cork City, Ireland, home she shared with a number of people, including MAURICE. During that visit, E.M., the woman, and MAURICE went out socializing in Cork City. At some point, MAURICE kissed E.M. In addition, MAURICE entered his mobile telephone number in E.M.'s telephone. Shortly thereafter, MAURICE and E.M. became friends on Facebook.

      b.    In or about March 2014, E.M. contacted MAURICE. Using Facebook and SMS messages, the two agreed to meet in Cork City on the weekend of April 4 and 5, 2014. During the exchange of messages, E.M. told MAURICE that she was not interested in men and was only interested in "hooking up" with women.

      c.    On or about April 4, 2014, E.M. traveled to Cork City for the agreed-upon meeting with MAURICE. However, E.M. ended up traveling to Killarney with MAURICE, because he had an engagement there as a male stripper. At approximately 10:00 p.m. that evening, MAURICE reserved a room (a double en suite bedroom) for himself and E.M. at a guesthouse in Killarney. Once in their room, MAURICE and E.M. drank some alcoholic beverages.

      d.    On or about April 5, 2014, at approximately 12:35 a.m., E.M. and MAURICE traveled to a local bar. The two returned to the guesthouse at approximately 2:00 a.m. CCTV footage reviewed by Irish authorities shows E.M., who appears to be very intoxicated, leaving the bar with MAURICE.

      e.    According to E.M., she did not remember returning to guesthouse with MAURICE. However, when she woke up at approximately noon, she felt soreness in her ribs and vagina. E.M. fell asleep again, but when she awoke, she found that MAURICE was anally raping

3

her by inserting with his penis in her anus. E.M. did not consent to this act. At this point, E.M. also assumed that her vagina was sore because MAURICE vaginally raped her while she slept. When MAURICE fell asleep, E.M. went into the bathroom and found a condom in the toilet. E.M. also observed that she was bleeding from her vagina and anus. She returned to the bed in the bedroom but stayed awake.

       f.    According to E.M., after MAURICE woke up at approximately 2:15 p.m., he vaginally raped her by putting his penis in her vagina. She did not consent to this act. When E.M. asked MAURICE to stop, he did not do so. When MAURICE finished, he left the bedroom, saying that he was leaving "for a job" and would return in an hour with food. When MAURICE returned, E.M. confronted him about what had happened. According to E.M., MAURICE apologized to her.

       g.    Thereafter, E.M. left the guesthouse and traveled to a hospital where she told the staff that she had been sexually assaulted. E.M. also met with members of An Garda Síochána (Ireland's National Police and Security Service), who took her to a sexual assault treatment center in Cork City. A forensic examination of E.M. revealed physical injuries consistent with her account of what transpired on or about April 5, 2014.

       h.    MAURICE left Ireland and traveled to Boston, Massachusetts, on or about April 15, 2014. On or about December 17, 2014, MAURICE voluntarily agreed to be interviewed by the Boston Police Department. At that interview, MAURICE stated that the sexual intercourse was consensual. He also told the police that he resided in Boston.

i. MAURICE returned to Ireland approximately four months later. On or about April 24, 2015, Irish authorities arrested, detained, photographed, and interviewed MAURICE. During the interview, MAURICE admitted that he had vaginal sexual intercourse with E.M. on or about April 5, 2014, but asserted that it was consensual. He also denied placing his penis into E.M.'s anus on that date.

5. According to Irish authorities, MAURICE was born in 1977, and has a Haitian passport. A records search reveals that MAURICE resided in and in the vicinity of Boston, Massachusetts, and that he is registered to vote in Massachusetts. MAURICE appears to have a valid Massachusetts driver's license. The photograph of the individual on that driver's license is similar in appearance to the booking photograph of MAURICE provided by the Irish authorities.

6. Law enforcement believes that MAURICE is residing and working within the Central District of California:

a. Credit records reveal that MAURICE's last known address is an apartment in Los Angeles, California, and that this address was first reported on December 31, 2016. Those records reveal that another address for MAURICE in Los Angeles was reported on December 9, 2016. The last address for MAURICE in Boston, Massachusetts was reported on November 22, 2016.

b. Social media searches reveal that MAURICE is working in the District:

i. The "About" section of the Linkedin profile for "Abens Maurice" from Boston, Massachusetts, states that

> I'm a Boston native who grew up in a town called Southie. I was born in Haiti but came to the US as a child. . . .

5

   About five years ago i [sic] started doing stand up in
   Boston. I got serious about it and made the big move to Los
   Angeles about three years ago.

The photograph of the individual associated with this account, who describes himself as "Comedian Actor Writer," is similar in appearance to the person in the booking photograph provided by the Irish authorities.

   ii. A Twitter profile for "Abens Maurice" describes the user of the account as a "Writer, Actor, Comedian" in Los Angeles, California. The photograph of the individual associated with this account is similar in appearance to the person in the booking photograph provided by the Irish authorities.

   iii. An Instagram profile for "Abens MauriceHTUSIE" includes personal photographs, videos, and postings for bookings at various clubs in Los Angeles, some as recently as the past summer. In addition, there are a series of photographs posted on or about June 18, 2018, of an individual, whose appearance is similar to the person in the booking photograph provided by the Irish authorities, with the caption, "Had a great weekend with family and friends In Boston now back to Los Angeles!!!"

  7. Tom Heinemann, an attorney in the Office of the Legal Adviser of the United States Department of State, has provided the Department of Justice with a declaration authenticating a copy of the diplomatic note by which the Government of Ireland requested extradition and a copy of the Instrument and Annex, stating that the Annex covers the offenses for which Ireland requests extradition and confirming that the documents supporting the extradition request bear the certificate or seal of Ireland Department of Foreign Affairs and

1 Trade, in accordance with Article VIII of the Extradition Treaty, so
2 as to enable them to be received in evidence.
3     WHEREUPON, complainant requests that a warrant be issued, based
4 on probable cause, pursuant to Title 18, United States Code,
5 Section 3184, for the arrest of; that MAURICE be brought before this
6 Court and the evidence of criminality heard; that if on such hearing
7 this Court deems the evidence sufficient under the provisions of the
8 Extradition Treaty to sustain the charge, the Court certify the same
9 to the Secretary of State in order that a warrant may issue for the
10 surrender of MAURICE to the appropriate authorities of the requesting
11 state, Ireland, according to the Extradition Treaty; and that this
12 Court take such other actions as this Court is required to take under
13 \\
14 \\
15 \\
16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

the provisions of the Extradition Treaty and the laws of the United States to meet the obligations of the Extradition Treaty.

DATED: This 18TH day of October, 2019, at Los Angeles, California.

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/
_____
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Complainant
UNITED STATES OF AMERICA

Subscribed and sworn to before me this 18T day of October, 2019.

**JACQUELINE CHOOLJIAN**
_____
UNITED STATES MAGISTRATE JUDGE