```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0721
         Facsimile: (213) 894-0141
 7       E-mail:    John.Lulejian@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```





UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ABENS MAURICE,<br><br>A Fugitive from the Government of Ireland. | No. 2:19-MJ-04422<br><br>[Proposed] ORDER |

Upon consideration of the request of the United States for the detention of fugitive ABENS MAURICE ("MAURICE"), pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances exist rests

upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

    2.    The government alternatively requests detention on the grounds that MAURICE presents an unacceptable risk of (a) flight and/or (b) danger to the community, even if the Court were to find that special circumstances are present.

The Court hereby finds no combination of conditions that will reasonably assure:

    a.    ( ) the appearance of fugitive as required; and/or

    b.    ( ) the safety of any person or the community

*Any party seeking review of this order shall cause the preparation and filing of a transcript of the October 25, 2019 hearing.*

IT IS SO ORDERED.

__10/25/19__
DATE

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney